# CIVIL MINUTES – GENERAL

| Case No. | SACV 19-01064 AG (KESx) | Date | July 30, 2019 |
|---|---|---|---|
| Title | FRANK BELLOSPIRITO v. PRE-PAID LEGAL SERVICES, INC. DBA LEGALSHIELD | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER REMANDING CASE TO STATE COURT**

The Court REMANDS this case to Orange County Superior Court and VACATES all pending hearings and deadlines, including the August 5, 2019 hearing on Defendant's motion to dismiss.

Pro se Plaintiff Frank Bellospirito filed a complaint in state court regarding the alleged garnishment of his commissions by Defendant LegalShield. (Complaint, Dkt. 1-1.) Defendant removed to this Court. (Notice of Removal, Dkt. 1.) While the Court found Plaintiff's requests for remand to be unintelligible, it had independent concerns about its jurisdiction in this matter. The Court issued an Order to Show Cause why the case should not be remanded, and Defendant has now responded. (Dkt. 17.) The Court's concerns are not satisfied.

Defendant removed this case on grounds of diversity jurisdiction, citing Plaintiff's request for $200,000,243 in damages, covering (1) $243 for alleged garnishment of wages and (2) $200,000,000 for a "Declaration of Independence violation for slavery." (Compl. at 3-4.) The latter is not a violation this Court recognizes, and the Court finds insufficient support for an amount in controversy over the $75,000 threshold. 28 U.S.C. § 1332(a). In response to the Court's Order to Show Cause, Defendant changes tack and asserts federal question jurisdiction. (Dkt. 17 at 1.) But the Court doesn't find any clearly or plausibly stated federal or constitutional claims, nor does it hold that scattered references to the Constitution or the tax code suffice to create federal jurisdiction.

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-01064 AG (KESx) | Date | July 30, 2019 |
|---|---|---|---|
| Title | FRANK BELLOSPIRITO v. PRE-PAID LEGAL SERVICES, INC. DBA LEGALSHIELD | | |

Principles of federalism and judicial economy require courts to "scrupulously confine their [removal] jurisdiction to the precise limits which [Congress] has defined." *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 109 (1941). As this Court has often stated, "[n]othing is to be more jealously guarded by a court than its jurisdiction." *See United States v. Ceja-Prado*, 333 F.3d 1046, 1051 (9th Cir. 2003) (internal quotations omitted). While the Complaint is indeed muddled, the "Causes of Action" section describes a breach of various duties by the Defendant, and references to the Constitution and Declaration of Independence appear to be mainly rhetorical.

The Court REMANDS the case to state court.

:  0

Initials of Preparer   mku